**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ORAYINKA ORAFIDIYA,**<br>***Plaintiff,***<br><br>**v.**<br><br>**TEMPLE UNIVERSITY, et al,**<br>***Defendants.*** | **Civil No. 25-1646** |

**ORDER**

**AND NOW**, this 1st day of September, 2026, upon consideration of Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 27) and all corresponding briefing, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. As to Count I (disability discrimination), Defendants' Motion is **DENIED** against Temple. Defendants' Motion is **GRANTED** as to the individual defendants, and these claims are **DISMISSED WITH PREJUDICE**.
2. As to Count II (race, sex, and age discrimination), Defendants' Motion is **GRANTED** against all Defendants. Plaintiff's Title II race discrimination claim is **DISMISSED WITH PREJUDICE**. Plaintiff's remaining race, sex, and age discrimination claims are **DISMISSED** without prejudice.
3. As to Count III (ADA retaliation), Defendants' Motion is **DENIED** as to Temple and **GRANTED** as to the individual defendants. Plaintiff's claims against the individual defendants are **DISMISSED WITH PREJUDICE**.

4. As to Count IV (misrepresentation), Defendants' Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

5. As to Count V (intentional infliction of emotional distress), Defendants' Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

6. As to Count VI (breach of contract), Defendants' Motion is **GRANTED** with respect to any breach of contract claim relying on Temple's handbooks and policies, and such claims are **DISMISSED WITH PREJUDICE**. Defendants' Motion is **DENIED** with respect to Plaintiff's breach of contract claim relating to other agreements.

7. As to Count VII (negligent hiring and supervision), Defendants' Motion is **GRANTED**. Plaintiff's claims are **DISMISSED** without prejudice.

8. As to Count VIII (negligent infliction of emotional distress), Defendants' Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to file a Second Amended Complaint to cure the pleading deficiencies identified in the Court's memorandum regarding only those claims dismissed without prejudice. Plaintiff shall file any amended pleading by September 22, 2026.

**BY THE COURT:**

Mary Kay Costello

MARY KAY COSTELLO, J.